NEW HAMPSHIRE FIRE INSURANCE COMPANY, Respondent, *v.* WILLIAM HUGHES, Appellant.

*New Hampshire Fire Ins. Co. v. Hughes,* 105 App. Div. 632, affirmed.
(Argued April 29, 1907; decided June 4, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 5, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for the reformation of a policy of fire insurance.

*Wayland E. Benjamin* for appellant.

*Frederick B. Campbell* and *John F. Devlin* for respondent.

Judgment affirmed, with costs, on authority of *National Fire Ins. Co.* v. *Hughes* (189 N. Y. 84); no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.